# EXHIBIT C

## ACCUSED DEVICES ("Caseiopeia KeepSAFE Strap & KeepSAFE Kick")

MANUFACTURER SKUS

**KSK-IPA2**
KSK-IPA2-BLK
KSK-IPA2-WHT
KSK-IPA2-ORN
KSK-IPA2-PNK
KSK-IPA2-RED
KSK-IPA2-LBLU
KSK-IPA2-BLU
KSK-IPA2-PUR


**KSK-IP4**
KSK-IP4-BLK
KSK-IP4-WHT
KSK-IP4-ORA
KSK-IP4-PNK
KSK-IP4-RED
KSK-IP4-LBLU
KSK-IP4-BLU
KSK-IP4-PUR


**KSK-IPMR**
KSK-IPMR-BLK
KSK-IPMR-WHT
KSK-IPMR-ORA
KSK-IPMR-PNK
KSK-IPMR-RED
KSK-IPMR-LBLU
KSK-IPMR-BLU
KSK-IPMR-PUR

**KSS-IPMR**
KSS-IPMR-BLK
KSS-IPMR-WHT
KSS-IPMR-ORA
KSS-IPMR-PNK
KSS-IPMR-RED
KSS-IPMR-LBLU

KSS-IPMR-BLU
KSS-IPMR-PUR

**KSK-IPA**
KSK-IPA-BLK
KSK-IPA-WHT
KSK-IPA-ORN
KSK-IPA-PNK
KSK-IPA-RED
KSK-IPA-LBLU
KSK-IPA-BLU
KSK-IPA-PUR

**KSS-IPA**
KSS-IPA-BLK
KSS-IPA-WHT
KSS-IPA-ORN
KSS-IPA-PNK
KSS-IPA-RED
KSS-IPA-LBLU
KSS-IPA-BLU
KSS-IPA-PUR