# EXHIBIT E





0

Voted "Most Popular iPad case." lifehacker
(http://lifehacker.com/five-best-ipad-cases-1473762577/1674832564)



)://cdn2.bigcommerce.com/server4400/3fba2/images/stencil/1280x1280/products/64/858/KSK_IPA_BLK_006__01041.1400191182.

Zoom the image with the mouse

      

# "KeepSAFE Kick" for iPad Air - by Caseiopeia

## $44.99

**SKU:** KSK-IPA

**Shipping:** Calculated at Checkout

**Color:** Required

**Quantity:**



| | 1 | | | ADD TO CART |

Like 0    Tweet    Share    1

# DESCRIPTION

**Caseiopeia "KeepSAFE" Line of Products**

The Caseiopeia KeepSAFE case for the iPad is a one-stop solution for added protection for the iPad. Designed with kids, parents, and teachers in mind, the KeepSAFE case is ideal for daily use in any classroom or work environment that requires extra protection from life's little mishaps.

With multiple layers of shock-absorbing protection, the KeepSAFE case provides the extra protection necessary for students and teachers. The hard plastic inner shell holds the iPad in place while the soft silicone outer layer keeps the corners protected.

The KeepSAFE case also comes with a screen protector which, when snapped into place, keeps the screen free from fingerprints and smudges while allowing a reliable touch-sensitive experience. All cutouts are specific to the iPad including headphone jack, speaker/charger, cameras, and mics. The KeepSAFE case is just what you need in your classroom or work environment to help keep your iPad safe and sound.

**The "KeepSAFE Kick" for iPad Air.**

The Keepsafe Kick case features a pop-out silicone tab on the backside of the case, which provides several options for viewing and prevents slippage while you browse online, send messages, or use apps.

- Rugged design resists life's accidental drops and helps survive unexpected impacts and bumps.
- Built in screen protector is shatter resistant and defends the glass from scratches.
- A cushioning silicone outer layer surrounds a polycarbonate hard shell for full body protection.
- Engineered for a comfortable grip with easy access to all cameras, ports and buttons.
- Integrated Kickstand provides a convenient viewing stand for kids, schools and outdoor adventures.

# SHIPPING & RETURNS

## Shipping & Returns

## Related Products



"KeepSAFE caseiopeia...
$44.99

"KeepSAFE by-caseiop...
$44.99

"KeepSAFE caseiopeia...
$39.99

"KeepSAFE caseiopeia...
$44.99

CHOOSE OPTIONS(HTTP://WWW.DEVICEWEAR.COM/KEEPSAFE-KICK-FOR...
CHOOSE OPTIONS(HTTP://WWW.DEVICEWEAR.COM/KEEPSAFE-STRAP-FOR-IPAD-AIR-BY-CASEIOPEIA/)
CHOOSE OPTIONS(HTTP://WWW.DE

## Customers Also Viewed



The Ridge™ by D...
case-for-the-ipa...
$44.99

Deto...
ipad...
$44...

"KeepSAFE caseiopeia...
$39.99

"KeepSAFE caseiopeia...

"KeepSAFE caseiopeia...

CHOOSE OPTIONS(HTTP://WWW.DEVICEWEAR.COM/THE-RIDGE-BY-DEVICEWEAR-VEGAN-LE...
ADD TO CART(HTTP://WWW.DEVICEWEAR.COM/CART.PHP?ACTION=ADD&P...
CHOOSE OPTIONS(HTTP://WWW.DE
CHOOSE OPTIONS


(/acer/)


(/apple/)


(/asus/)

## Sign up & Get 10% off your first order

Your Name

Your email address

SUBSCRIBE

## Question & Orders



**Order by phone:**
(800) 656-4105

Mon. thru Fri.:
9am - 5pm (PST)
Closed: Sat. & Sun.



**Send us an Email:**
Email us (mailto:support@devicewear.com)

## Company

About Devicewear (/about/)

Contact Us (/contact-us/)

Where to Buy (/where-to-buy/)

Terms & Conditions (/terms/)

Privacy Policy (/privacy-policy/)

Customer Photos (/customer-photos/)

## Products

## Devices

Apple (http://www.devicewear.com/apple/)

Chromebook (http://www.devicewear.com/chromebook/)

Accessories (http://www.devicewear.com/accessories/)

Schools & Corporate (http://www.devicewear.com/schools-corporate/)

Outlet Store (http://www.devicewear.com/clearance/)

Book Covers (/book-covers/)

Acer (/acer/)

Apple (/apple/)

Asus (/asus/)

Google (/nexus/)

HP (/hp/)

Kindle (/kindle/)

Lenovo (/lenovo/)

Microsoft (/microsoft/)

Nook (/nook/)

Samsung (/samsung-cases/)

**View All Brands (/brands/)**

## Support

View Cart (/cart.php)

My Account (/account.php)

Order Status (/orderstatus.php)

Shipping & Returns (/shipping-returns/)

Sitemap (/sitemap/)