**RHEMA LAW GROUP**
**A Professional Corporation**
JOHN D. TRAN (SBN 231761)
1 Park Plaza, 6th Floor
Irvine, CA 92614
Phone:   (949) 852-4430
Fax:       (866) 929-3519

Attorneys for Plaintiff
UZBL, LLC

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
GLENN W. PETERSON, ESQ. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:   (916) 780-8222
Fax:       (916) 780-8775

Attorneys for Defendants
Devicewear, LLC and Robert Dodge

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZBL, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEVICEWEAR, LLC, a Delaware Limited Liability Company; ROBERT DODGE, an individual,<br><br>　　　　　　Defendant. | No.   8:17-cv-01978-JVS-KES<br><br>**STIPULATION TO EXTEND THE RULE 26 JOINT CONFERENCE DEADLINE**<br><br>Complaint Filed:   November 9, 2017<br>Trial Date:              Not Set |

Plaintiff, UZBL, LLC ("Plaintiff") and Defendants, Devicewear, LLC and Robert Dodge ("Defendants"), by and through their undersigned counsel of record, hereby stipulate to continue the FRCP Rule 26 Joint Conference deadline, as follows:

**WHEREAS**,

1. The current deadline for the Joint 26(f) Conference ("Joint Conference") to take place is March 5, 2018.

2. The current deadline for the Joint 26(f) Report is March 19, 2018.

3. Defendants' intend, without delay, to substitute counsel in this action and desire that said new counsel represent their interests in the Joint Conference.

4. Defendants' current counsel notified Plaintiff's counsel of this development and requested that this stipulation be entered accordingly.

**NOW, THEREFORE**, the parties hereby stipulate, through their undersigned counsel of record, that:

5. The deadline for the Joint Conference to take place shall be continued to April 5, 2018 and the deadline for the Joint Report shall be continued to April 19, 2018.

6. The parties jointly request that the Court enter an order upon this stipulation.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: March 2, 2018    **RHEMA LAW GROUP**
                       **A Professional Corporation**

By: /s/ John D. Tran
    JOHN D. TRAN
    (Approved on March 2, 2018)

Attorneys for Plaintiff

DATED: March 2, 2018    **MILLSTONE PETERSON & WATTS, LLP**
                       *Attorneys at Law*

By: /s/ Glenn W. Peterson
    GLENN W. PETERSON

Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson