# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZBL, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>DEVICEWEAR, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:17–cv–01978–JVS–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __5/1/2018__

Document Number(s):   __34__

Title of Document(s):   __Notice of Appearance or Withdrawal of Counsel G123__

**ERROR(S) WITH DOCUMENT:**

re :Robert Dodge Notice of Appearance or G01 if party is pro se

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _May 2, 2018_          By:  _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**