# EXHIBIT A

**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert specific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: _____ days | 8:30 a.m. (Tuesdays) | | 8/20/19 | 8/20/19 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | −1 | 8/12/19 | 8/12/19 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | −2 | 8/5/19 | 8/5/19 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | −3 | 7/29/19 | 7/29/19 | |
| Last day for hand−serving Motions in Limine | | −6 | 7/8/19 | 7/8/19 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | −7 | 7/1/19 | 7/1/19 | |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | −11 | 6/3/19 | 6/3/19 | |
| Non−expert Discovery cut−off | | −15 | 3/14/19 | 3/14/19 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16−14 Settlement Choice: (1) CT/USMJ  (2) Court Mediation Panel  (3) Private ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut−off | | | 5/13/19 | 5/13/19 | |
| Rebuttal Expert Witness Disclosure | | | 4/1/19 | 4/1/19 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 3/18/19 | 3/18/19 | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

Revised 4−14−16