**SACV 17-01978 JVS(KESx):   UZBL, LLC v. Devicewear, LLC, et al.**

**Jury Trial**                                  **August 20, 2019 at 8:30 a.m.**
    File Findings of Fact and Conclusions of Law by August 12, 2019

**Final PreTrial Conference**        **August 5, 2019 at 11:00 a.m.**
    File PreTrial Documents not later than July 29, 2019
    File motions in limine not later than July 8, 2019

**Discovery Cut-off**                    **March 14, 2019**

**Expert Discovery Cut-off**        **May 13, 2019**
    Initial disclosure of Experts not later than March 18, 2019
    Rebuttal disclosure of Experts not later than April 1, 2019

**Law and Motion Cut-off**          **July 1, 2019 at 1:30 p.m.**
    Motions to be filed and served not later than June 3, 2019