JOHN D. TRAN, Bar No. 231761
jdt@rhemalaw.com
ROSALIND T. ONG, Bar No. 234326
rto@rhemalaw.com
RHEMA LAW GROUP, P.C.
1 Park Plaza, 6th Floor
Irvine, CA 92614
Tel:   (949) 852-4430
Fax:   (866) 929-3519

*Attorneys for Plaintiff UZBL, LLC*

REX HWANG – State Bar No. 221079
rhwang@glaserweil.com
THOMAS P. BURKE, JR. – State Bar No. 288261
tburke@glaserweil.com
JUSTIN P. THIELE – State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

*Attorneys for Defendants
Devicewear, LLC and Robert Dodge*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UZBL, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEVICEWEAR, LLC, a Delaware Limited Liability Company; ROBERT DODGE, an individual; DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 8:17-cv-1978-JVS-KES<br><br>Hon. James V. Selna<br><br>**STIPULATION FOR ISSUANCE OF PROTECTIVE ORDER** |

1 **IT IS HEREBY STIPULATED** by the undersigned parties Plaintiff UZBL, LLC ("UZBL") and Defendants Devicewear, LLC ("Devicewear") and Robert Dodge ("Dodge") (collectively, "Defendants"), by and through their respective counsel and subject to the approval of the Court, that the Protective Order filed concurrently be issued in this action regarding the disclosure of certain documents and information produced during discovery.

Good cause exists for entry of the attached Protective Order. Disclosure and discovery activity in this action will involve the production of confidential, proprietary, and private information for which special protection from public disclosure and from sue for any purpose other than prosecuting this litigation would be warranted. Further disclosure of such confidential materials is likely to have the effect of harming the competitive position of the producing party or violating an obligation of confidentiality owed to a third party. The information to be exchanged during discovery is not publicly available to the parties' competitors, nor is it voluntarily shared with any other members of the public.

Furthermore, confidential materials designated under the terms of the attached protective order shall be used solely for this litigation and shall not be used directly or indirectly for any other purpose whatsoever, and its disclosure is prohibited except as expressly provided in the attached protective order.

The parties acknowledge that the attached protective order does not confer blanket protections on all disclosures or responses to discovery. Designations of confidentiality shall be made with care and shall not be made absent a good faith belief that the confidential material satisfies the criteria set forth in the Protective Order.

DATED: August 14, 2018

RHEMA LAW GROUP, P.C.

By: /johntran/
JOHN D. TRAN
ROSALIND T. ONG
*Attorneys for Plaintiff*
*UZBL, LLC*

DATED: August 14, 2018

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: /s/ Rex Hwang
REX HWANG
THOMAS P. BURKE, JR.
JUSTIN P. THIELE
*Attorneys for Defendants*
*Devicewear, LLC and Robert Dodge*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 14, 2018

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Rex Hwang
REX HWANG
THOMAS P. BURKE, JR.
JUSTIN P. THIELE
*Attorneys for Defendants Devicewear, LLC and Robert Dodge*